U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED

MAR 1 3 2002

ROBERT H. SHEMWELL, CLERK
BY_____
DEPUTY

U.S. District Court
Middle District of La

3:02cv451

Columbus Chris Williams          sec P   Civil Action
        vs.                              02-0113
State of Louisiana                       Sect "D" (m2)

Please Add As Defendant

1. Phelps Correction Center at Hwy 27, P.O. Box 1056, Dequincy, La and The Warden (As Warden Only), (One Orange Jump Suit)

Sincerely with Respect
Columbus Chris Williams
Columbus Chris Williams
#293144 (Dorm H-1)
P.O. Box 1056, Hwy 27
Phelps Correctional Center
Dequincy, La 70633-1056

Please send me the Complete Address of Western District Court.